IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiffs, | ) CASE NO. 1:11-CR-437<br>)<br>) |
| vs. | ) JUDGE DONALD C. NUGENT<br>) |
| ANTHONY O. CALABRESE, III<br>SANFORD A. PRUDOFF,<br>    Defendant. | )<br>) **MOTION OPPOSING TRANSFER OF**<br>) **CASE** |

Now comes the Defendant Sanford Prudoff by and through Counsel John J. Ricotta, and respectfully opposes the reassigning of this case to the docket of the Honorable Judge Sara Lioi.

The Government has provided no information or reasoning to warrant this Court to reassign the case as per Local Rule 57.9.

                                          Respectfully Submitted,

                                          /s/John J Ricotta
                                          JOHN J. RICOTTA (#0000778)
                                          1370 Ontario St., #1810
                                          Cleveland, Ohio 44113
                                          (216) 241-0715 – ph
                                          (216) 241-9434 – fax
                                          jjricotta@aol.com
                                          Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2011, a copy of the foregoing Motion Opposing Transfer of Case was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system.

/s/John J Ricotta
JOHN J. RICOTTA
Counsel for Defendant